UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ALEJANDRO JAVIER MARIN
          Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 MAG 9491

Defendant _Alejandro Javier Marin_ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

_✓_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


__s/Alejandro Javier Marin, by the Court, w/permission__
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Alejandro Marin_
**Print Defendant's Name**

__/s/ K. Sharkey__ Kelley Sharkey
**Defendant's Counsel's Signature**

**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
**Date**

_____
**U.S. District Judge/U.S. Magistrate Judge**