

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 13, 2020

Via ECF
The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
New York, New York 10007

    Re: <u>United States v. Alejandro Javier Marin</u>,
       No. 20 Mag. 9491

Dear Judge Freeman:

   On November 10, 2020, Alejandro Javier Marin was presented on Complaint 20 Mag. 9491 and ordered detained following argument by the parties. Following the proceedings, defense counsel requested sealing of the case and transcript, and the Government noted its objection. Your Honor's Chambers directed that the parties confer and, if possible, submit a joint letter on the issue of sealing. On November 11, 2020, the parties advised the Court that we had ordered an expedited transcript and would propose any redactions or sealing by November 13, 2020.[1]

---

[1] A redacted version of the Government's November 11, 2020 letter was filed on ECF today.

Despite multiple requests, the parties still have not received a transcript of the presentment proceedings, which were audio recorded. According to the SDNY ETranscripts Department, they do not expect to be able to provide a transcript until end of day on November 16, 2020. The parties do not intend to seek sealing, and instead will propose limited redactions within 24 hours of receiving the transcript.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    /s/
    Samuel S. Adelsberg
    Amanda L. Houle
    Assistant United States Attorneys
    (212) 637-2492 / 2194