

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2020

<u>Via ECF</u>
The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
New York, New York 10007

   Re: <u>United States v. Alejandro Javier Marin</u>,
      No. 20 Mag. 9491

Dear Judge Freeman:

  In connection with the Government's letters of November 11, 2020 (Dkt. No. 7) and November 13, 2020 (Dkt. No. 8), the Government writes to advise the Court that, after conferring further and reviewing the transcript, the parties have agreed that no redactions are necessary to the transcript of the defendant's November 10, 2020 presentment.

         Respectfully submitted,

         AUDREY STRAUSS
         Acting United States Attorney

    By:  /s/
        Samuel S. Adelsberg
        Amanda L. Houle
        Assistant United States Attorneys
        (212) 637-2492 / 2194